UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD CO | CIVIL ACTION NO. 3:15CV0074 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TAYLOR TRUCK LINE INC., ET AL | MAGISTRATE JUDGE HAYES |

### ORDER

In response to court order [doc. # 20], plaintiff filed an amended complaint [doc. # 21] to clarify deficient allegations of citizenship. Upon review of the amended pleading, the court finds that plaintiff's jurisdictional allegations now suffice to establish diversity jurisdiction. 28 U.S.C. § 1332.

In Chambers, at Monroe, Louisiana, this 1st day of May 2015.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE