UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD CO | CIVIL ACTION NO. 15-0074 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TAYLOR TRUCK LINE INC., ET AL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling and for those additional reasons in the Report and Recommendation of the Magistrate Judge, to the extent adopted, and after a *de novo* review of the record, including Defendants' objections and Plaintiff's response to objections,

**IT IS ORDERED** that Defendants' Motion to Compel Joinder, [Doc. No. 6], is **DENIED.**

MONROE, LOUISIANA, this 29th day of May, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE