UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY** | **CIVIL ACTION NO.  15-0074** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **TAYLOR TRUCK LINE, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

--(consolidated with)--

| | |
|---|---|
| **R & L BUILDERS SUPPLY, INC., ET AL.** | **CIVIL ACTION NO. 15-2460** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **UNION PACIFIC RAILROAD COMPANY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b) motions to dismiss [Doc. Nos. 134 & 149] filed by Robert G. Taylor Trust and Robert G. Taylor, as trustee of the Robert G. Taylor Trust, are **GRANTED IN PART AND DENIED IN PART**. Union Pacific Railroad Company, R & L Builders Supply, Inc.,  and R & L Properties of Oak Grove's claims against the Robert G. Taylor Trust are hereby **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 12(b)(6).  Union Pacific Railroad Company, R & L Builders Supply, Inc., and R & L Properties of Oak Grove's claims against Robert G. Taylor, as trustee of the Robert G. Taylor Trust, are hereby **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure

12(b)(2).  These motions [Doc. Nos. 134 & 149] are otherwise **DENIED**.

    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b) motions to dismiss [Doc. Nos. 143 & 145] filed by Robert G. Taylor, in his individual capacity, are **GRANTED IN PART AND DENIED IN PART.**  Union Pacific Railroad Company, R & L Builders Supply, Inc., and R & L Properties of Oak Grove's claims against Robert G. Taylor, individually, are hereby **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 12(b)(2).  These motions [Doc. Nos. 143, & 145] are otherwise **DENIED**.

    MONROE, LOUISIANA, this 28th day of December, 2016.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**